UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY WOODS,<br><br>                      Plaintiff,<br><br>v.<br><br>SECURITAS TECHNOLOGY CORPORATION, *et al*<br><br>                      Defendants. | Case No.: 3:25-cv-00810-AJB-AHG<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE**<br><br>**[ECF No. 10]** |

Before the Court is the parties' Joint Motion to Continue Early Neutral Evaluation Conference and Case Management Conference currently scheduled for July 30, 2025. ECF No. 10. Good cause appearing, the Court **GRANTS** the joint motion. Accordingly, the Court **ORDERS** as follows:

1. The Early Neutral Evaluation ("ENE") and Case Management Conference ("CMC") are **RESET** for **August 25, 2025** at **9:30 a.m.** *via videoconference* before Magistrate Judge Allison H. Goddard. In accordance with the Local Rules, the Court requires attendance of all named parties, party representatives, including claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation via videoconference. CivLR 16.1(c)(1). A party or party representative with **full and complete authority to enter into a binding settlement** must be present via videoconference.

2. **<u>Confidential ENE Statements Required:</u>** No later than **<u>August 18, 2025</u>**, the parties shall submit confidential statements of five (5) pages or less directly to the chambers of Magistrate Judge Goddard outlining the nature of the case, the claims, and the defenses. **These statements shall not be filed or served on opposing counsel.** They shall be lodged via email at efile_goddard@casd.uscourts.gov. The ENE statement is limited to **five (5) pages or less. There is not a page limit on exhibits.** Each party's ENE statement must outline:

    A.    the nature of the case and the claims,

    B.    position on liability or defense,

    C.    position regarding settlement of the case with a **specific**[1] **demand/offer for settlement**,[2] and

    D.    any previous settlement negotiations or mediation efforts.

The Court may use GenAI tools to review the information that the parties submit. Either party may object to the Court's use of such tools by advising the Court's law clerk of that objection when they submit the information. The Court will respect that objection without any further explanation, and the Court's law clerk will only communicate to Judge Goddard that there was an objection, not which party made the objection.

3. **<u>Case Management Conference:</u>** In the event the case does not settle at the ENE, the Court will immediately thereafter hold a Case Management Conference ("CMC") pursuant to Fed. R. Civ. P. 16(b). Appearance of the parties at the CMC is not required. The Court orders that the parties file a Joint Case Management Statement by **<u>August 13, 2025</u>**. The Joint Case Management Statement must address all points in the "Joint Case Management Statement Requirements for Magistrate Judge Allison H.

---

[1] A general statement, such as that a party "will negotiate in good faith," is <u>not</u> a specific demand or offer.

[2] If a specific demand or offer cannot be made at the time the ENE statement is submitted, then the reasons as to why a demand or offer cannot be made must be stated. Further, the party must explain when they will be in a position to state a demand or offer.

Goddard," which can be found on the court website at: https://www.casd.uscourts.gov/Judges/goddard/docs/Goddard%20Joint%20Case%20Management%20Statement%20Rules.pdf.

4. No later than **August 18, 2025**, counsel for each party shall send an e-mail to the Court at efile_goddard@casd.uscourts.gov containing the following:

    a. The **name and title of each participant**, including all parties and party representatives with full settlement authority, claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation;

    b. An **e-mail address for each participant** to receive the Zoom videoconference invitation;

    c. A **telephone number where each participant** may be reached; and

    d. A **cell phone number for that party's preferred point of contact** (and the name of the individual whose cell phone it is) for the Court to use during the ENE to alert counsel via text message that the Court will soon return to that party's Breakout Room, to avoid any unexpected interruptions of confidential discussions.

5. All guidelines set forth in the Court's prior order (ECF No. 9) remain in place.

**IT IS SO ORDERED.**

Dated: June 12, 2025

                                                     _____
                                                     Honorable Allison H. Goddard
                                                     United States Magistrate Judge