UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY WOODS,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SECURITAS TECHNOLOGY CORPORATION, ET AL.,<br><br>　　　　　　　　　　Defendants. | Case No.: 25-cv-00810-AJB-AHG<br><br>**ORDER FOR SUPPLEMENTAL FILING** |

On October 1, 2025, Plaintiff Roy Woods filed a Request for Dismissal of PAGA Cause of Action. (Doc. No. 15.) Plaintiff's counsel explained in an attached declaration that "the parties agreed to settle the claims brought by Mr. Woods in a representative capacity." (Doc. No. 15-1 ¶ 4.)

The Court notes that California Labor Code § 2699(s)(2) requires that it "shall review and approve any settlement of any civil action filed pursuant to [California Labor Code Part 13]." Additionally, "[t]he proposed settlement shall be submitted to the [California Labor and Workforce Development Agency] at the same time that it is submitted to the court." *Id.*

1    Accordingly, the Court **ORDERS** the parties to submit the proposed settlement
2  (1) to the Court for its review and (2) to the California Labor and Workforce Development
3  Agency, as required by California Labor Code § 2699(s)(2).
4    **IT IS SO ORDERED.**
5  Dated: October 2, 2025

Hon. Anthony J. Battaglia
United States District Judge